IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

Civil Action No. 22–cv–00335–MDB

WHITNEY PORTER, M.A.,

    Plaintiff,

v.

THE REGENTS OF THE UNIVERSITY OF COLORADO, a body corporate,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered. Pursuant to the Order (ECF No. 57) of Magistrate Judge Maritza Dominguez Braswell entered on March 26, 2024, it is

**ORDERED** that Motion for Summary Judgment by Defendant The Regents of the University of Colorado (ECF No. 48) is **GRANTED**. It is further

**ORDERED** that judgment shall enter in favor of the defendant and against the plaintiff on all claims for relief and causes of action asserted in this case. It is further

**ORDERED** that the defendants are awarded their costs to be taxed by the Clerk of Court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and C.COLO.LCivR 54.1.

Dated this 27th day of March, 2024.

BY THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  E. Lopez Vaughan
Deputy Clerk

2